**DISMISS and Opinion Filed February 10, 2023**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00636-CV

**DAWDA FAAL, Appellant**
**V.**
**JUAN BLANCO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02372-E**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Carlyle

The clerk's record in this case is overdue. On January 19, 2023, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


         /Cory L. Carlyle/
         CORY L. CARLYLE
         JUSTICE

220636F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAWDA FAAL, Appellant

No. 05-22-00636-CV     V.

JUAN BLANCO, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-02372-E.

Opinion delivered by Justice Carlyle. Justices Goldstein and Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JUAN BLANCO recover his costs of this appeal from appellant DAWDA FAAL.

Judgment entered February 10, 2023